**CIRCUIT COURT SUMMONS** **GALLATIN, TENNESSEE**

**STATE OF TENNESSEE**
**18TH JUDICIAL DISTRICT**

COPY

JOHNNY JONES

Plaintiffs

vs. FILE NO. 83CC1-2009-CV-391

ALLSTATE IINDEMNITY COMPANY

Defendants

**ALLSTATE INDEMNITY COMPANY**
**3075 Sanders Road, Suite H1a**
**Northbrook, IL 60062-7119**

**SERVE VIA COMMISSIONER OF INSURANCE**
**500 James Robertson Parkway**
**Nashville, TN 37243**

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in Circuit Court, Sumner County, Tennessee, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

MAHAILIAH HUGHES
Circuit Court Clerk, Sumner County, Tennessee

ISSUED: April 9, 2009
Teste; 4th Monday in February 2009

By Ashley Burkett
Deputy Clerk

ATTORNEY FOR PLAINTIFF or PLAINTIFF'S ADDRESS
Terrance E. McNabb, Esq.
JAMES R. OMER & ASSOCIATES
101 Church Street, Suite 400
Nashville, TN 37201 615-255-5555

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

MAHAILIAH HUGHES
Circuit Court Clerk

Received this summons for service this ________ day of ________________ 20 ____

SHERIFF

ADA
FOR ASSISTANCE CALL
615-451-6023

Exhibit A

IN THE ~~CHANCERY~~ Circuit COURT FOR SUMNER COUNTY, TENNESSEE
AT GALLATIN

FILED 3:35 P M
APR 09 2009
MAHAILIAH HUGHES, CLERK
BY AB D.C.

JOHNNY JONES,

Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY

Defendant.

No. 83CC1-2009-CV-391

COPY

COMPLAINT

Come now the Plaintiff, Johnny Jones, and sues the Defendant, Allstate Indemnity Company, and for cause of action would show unto the Court as follows:

1. Plaintiff is and was at all times alleged herein a citizen and resident of Sumner County, Tennessee.

2. Defendant, Allstate Indemnity Company (hereinafter "Allstate"), is and all times herein alleged a foreign corporation doing business in Tennessee with its primary business providing insurance, including but not limited to, homeowners' coverage.

3. Plaintiff paid "Allstate" to provide a homeowner's policy of insurance for his residence located at 1212 Slaters Creek Road, Goodlettsville, Sumner County, Tennessee. A copy of said policy number 955208539 is attached hereto as "Exhibit A". The effective date of said policy was February 10, 2008 and expired on February 10, 2009

4. The said policy provided, among other coverage, fire loss protection On July 11, 2008, Plaintiff's residence suffered a fire loss. Plaintiff promptly provided a proof of loss to "Allstate", attached hereto as Exhibit B".

5. On February 23, 2009, "Allstate" breached its contract and denied Plaintiff's claim and voided his policy (See Allstate letter dated February 23. 2009 attached hereto as "Exhibit C").

"Allstate" cited as reasons the following alleged misrepresentations/concealment of material facts in his application for insurance coverage:

a) rented rooms at all times;

b) vicious dogs on premises;

c) required repairs not made; and

d) operating a commercial business at the risk that is in violation of underwriting practices

Said application is attached hereto "Exhibit D"

Plaintiff would show these are incorrect assertions and at the time of said application he made no misrepresentations/concealments of material fact with the intent to deceive and in any event these issues do not represent to the "Allstate' increases in risk of loss pursuant to T.C.A. §56-7-103.

6 "Allstate", by its actions above, breached the contract of insurance ("Exhibit A') by refusing to pay a valid fire loss claim in the amount of $86,966 00 The reasons for doing so are meritless

Plaintiff alleges at the time of his application, he was the only resident living at his home; he owned no dogs kept on the premises, did all requested repairs satisfactorily and

did not operate a commercial business from the insured premises He is a wallpaper installer and keeps a cell phone, which is utilized as his office phone number while he is at home Records of call and bills are kept at his home This is the extent of his "business" done from his home. His home is his residence and not utilized for commercial purposes

7. Alternatively, Plaintiff requests the court to enter this case for declaratory judgment pursuant to Rule 57, T R Civ P to determine the rights of the parties herein.

WHEREFORE, Plaintiff prays for judgment against Defendant Allstate Indemnity Company, for $86,966 00 pre-judgment and post-judgment interest, attorney fees and all other damages as allowed by law

Respectfully submitted,

**JAMES R OMER & ASSOC., PLLC**

[signature]

TERRANCE E. McNABB #2592
Attorney for Plaintiffs
101 Church Street, Suite 400
Nashville, TN 37201
615/255-5555



PAGE 8/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR:hy/ * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

# EXHIBIT "A"

APR 30 2009 2:49PM NO 0040 P 8

Allstate Indemnity Company

RENEWAL

# Manufactured Home Policy Declarations

*Summary*

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Johnny Jones<br>1212 Slaters Creek R<br>Goodlettsville TN 37072-8912 | Tina R Mowatt<br>119 Stadium Drive<br>Hendersonville TN 37075 | (615) 822-2215<br>(615) 822-6300 |
| **POLICY NUMBER**<br>9 55 208539 02/10 | **POLICY PERIOD**<br>Begins on Feb. 10, 2008<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Feb. 10, 2008 to Feb. 10, 2009<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
1212 Slaters Creek R, Goodlettsville, TN 37072-8912

**INSURED MANUFACTURED HOME**

| MANUFACTURER - KENT | SERIAL NO. - KT7048 | YEAR - 1976 |
|---|---|---|

*Total Premium for the Premium Period* *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $633.28 |
| TOTAL | $633.28 |

Information as of December 27, 2007

Allstate Indemnity Company

Policy Number: 9 55 208539 02/10 Your Agent: Tina R Mowatt (615) 822-2218
For Premium Period Beginning: Feb. 10, 2008

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES (See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection<br>• $1,000 All Peril Deductible Applies | Actual cash value | |
| Other Structures Protection - Actual cash value<br>• $1,000 All Peril Deductible Applies | $5 796 | |
| Personal Property Protection - Actual Cash Value<br>• $1,000 All Peril Deductible Applies | $28 989 | |
| Additional Living Expense | Up To 3 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000<br>$25,000 | each person<br>each occurrence |

**DISCOUNTS** Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | Multiple Policy | 10 % |

### RATING INFORMATION

The dwelling is tied down
Park size is under 21

Information as of December 27, 2007

## Allstate Indemnity Company

Policy Number 9 55 208539 02/10 Your Agent: Tina R Mowatt (615) 822-2215
For Premium Period Beginning: Feb. 10, 2008

### *Your Policy Documents*

Your Manufactured Home policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Manufactured Home Policy form AS74
- TN Amendatory Endorsement form AS124
- Actual Cash Value Endorsement form AS79
- Loss Payable Clause form AU263

### *Important Payment and Coverage Information*

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, Allstate Indemnity Company has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate Indemnity Company.

Edward J. Dixon
President

Robert W. Pike
Secretary

PROP *5100041071227530061807020*

Information as of December 21, 2007

Allstate Indemnity Company

Policy Number: 9 35 208539 02/10 Your Agent: Tina R Mowatt (615) 822-2215
For Premium Period Beginning: Feb 10, 2008

# Important Notice

## Your property is covered on an actual cash value basis

We'd like to remind you that your policy provides actual cash value coverage. So if you experience a covered loss, we will pay for a loss to your covered property on an actual cash value basis meaning there may be a deduction for depreciation

The estimated cash value for your property is the estimated limit assigned to your policy when it was first written, and was based on data that was available to us at the time the estimate was made. This includes dwelling details such as the interior and exterior of each room, additional structures, heating and cooling, as well as additional options. Keep in mind, however, the actual amount it will cost to repair or replace your property cannot be known until after a covered total loss has occurred

More information about the characteristics that were used in this estimate are provided below:

Dwelling:

M-MH Multi-Wide
1 Story
Year Built 1976
Living Area 1200 sq. ft.
Pier Foundation 100 %
Exterior -- Doors, Patio (1)
Skirting, Horizontal Vinyl 100 %
Steps Back Door (1)
Steps Front Door (1)

Interior:

Wall Coverings -- Seamed Drywall Finish 100 %
Ceilings -- Drywall 100 %
Flooring -- Wall to Wall Carpet (acrylic/nylon) 75 %
Ceramic Tile 25 %
Interior -- Kitchen - Basic (1)
Full Bath - Basic (1)

Exterior:

Exterior Walls -- Metal Siding Horizontal 100 %
Roofing -- Asphalt/Fiberglass Shingle 100 %

Additional Structures:

Attached Structures -- Wood Deck 500 sq ft

Heating and Cooling:

Heating & Cooling -- Central Air Conditioning - Avg Cost 100 %

Allstate Indemnity Company

Policy Number: 9 55 206539 02/10 Your Agent: Tina R Mowatt (615) 822-2215
For Premium Period Beginning: Feb. 10 2008

If the Information about your property shown above requires any change or if you have any questions or concerns about the information contained in this Important Notice please contact your Allstate representative

X67678

PROP "510004167122753006180704"

Information as of December 27, 2007

[illegible]



PAGE 14/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR: * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

# EXHIBIT "B"

APR 30 2009 2:49PM NO 0040 P 14

☐ ALLSTATE INSURANCE
☒ ALLSTATE INDEMNITY COMPANY
☐ NORTHBROOK PROPERTY AND CASUALTY INSURANCE COMPANY
☐ NORTHBROOK INDEMNITY COMPANY
☐ NORTHBROOK NATIONAL INSURANCE COMPANY

Policy No. 955208539 Claim No. 0113979801

To the Allstate Ins. COMPANY Northbrook Illinois

At time of loss, by the above indicated policy of insurance you insured Johnny Jones

INSURED'S NAME

against loss by FIRE to the property described under Schedule "A" according to the terms and conditions of the said policy and all forms endorsements transfers and assignments attached thereto.

1. Time and Origin: A FIRE loss occurred about the hour of 21:43 o'clock ____ M. on the 11 day of JULY 20 08. The cause and origin of the said loss were: FIRE

2. Occupancy: The building described or containing the property described was occupied at the time of the loss as follows and for no other purpose whatever: Personal Ressidence

10/18/08 ?? EXHIBIT 1 ??

3. Title and Interest: At the time of the loss the interest of your insured in the property described therein was Johnny Jones No other person or person had any interest herein or encumbrance thereon, except: Larry Parchman + Regons Bank

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy possession location or exposure of the property described except: Carrie TRotter Lived in Back Room

5. Total Insurance: The total amount of insurance upon the property described by this policy was at the time of the loss $ 86966 as more particularly specified in the apportionment attached under Schedule "C" besides which there was no policy or other contract of insurance written or oral valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was $ 60000

7. The Whole Loss and Damage was $ 86966.00

8. The Amount Claimed under the above numbered policy is $ 86966

The said loss did not originate by any act design or procurement on the part of this insured or this affiant; nothing has been done by or with the privity or consent of the insured or this affiant, to violate the conditions of the policy or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

"IT IS A CRIME TO KNOWINGLY PROVIDE FALSE INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT FINES AND DENIAL OF INSURANCE BENEFITS."

State of Tenn

County of Willi

Johnny Jones
Johnny Jones 8-7-08
Johnny Jones Insured

Subscribed and sworn to before me this ____ day of August 8-10 20 08

Patricia D Kelly Notary Public 2008

DIANE ... STATE OF TENNESSEE NOTARY PUBLIC ... WILLIAMSON COUNTY ... Expires Dec ... 2011

3341-4 PRINTED IN USA (OVER)

SCHEDULE "A" – POLICY PAGE 16/28 • RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] • SVR:ny(GDB)3 • DNIS:57669 • CSID: • DURATION (mm-ss):03-45 "A" – ITEMS

Policy Form No. AS124 Effective Date 02/10/2008

Item 1 $ 59000 on House

Item 2 $ 29000 on Contents

Item 3 $ 2150 on

Situated 1212 Slater Creek Goodlettsville Tn 37072

Coinsurance, Average Contribution, or Deductible Clauses, if any

Loss, if any payable to Larry Parchman + Regions Bank

SCHEDULE "B" – STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|
| 1 Dwelling | | |
| | 59,600 | 59600 |
| 2 Contents | 29000 | 24000 |
| David Hume Has Itemized | | |
| List | | |
| | | |
| Totals: | | |

SCHEDULE "C" – APPORTIONMENT

| POLICY NO | EXPIRES | NAME OF COMPANY | ITEM NO. | | ITEM NO. | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
| | | | | | | |
| | | | | | | |
| Totals: | | | | | | |

William Jordan Adjuster

RELEASE AND AUTHORIZATION OF PAYMENT

The undersigned hereby acknowledges that the repair or replacement of the loss and damage resulting from ______ which occurred on or about the ____ day of ______ 20____ has been made to his entire satisfaction and agrees that the payment of the sum of ______ dollars ($ ____ ) by the ______ Company of Northbrook, Illinois, to ______ shall constitute a full performance of the obligations of the Insurer under its policy

In consideration of such Payment the ______ company is hereby discharged and forever released from any and all claims and demands under its policy No ______ resulting from the occurrence of the loss above described

Signed this ______ day of ______ 20 ______ at ______ State of ______

WITNESSES ______ INSURED

MORTGAGEE

DIANE KELLEY STATE OF TENNESSEE NOTARY PUBLIC

NO 0040 P 16

APR 30 2009 2:49PM



PAGE 17/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR:hy{□□□B/3 * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

# EXHIBIT "C"

APR 30 2009 2:50PM NO 0040 P 17

Allstate

ALLSTATE INDEMNITY COMPANY
1819 ELECTRIC ROAD
ROANOKE, VIRGINIA 24018

Date: February 23, 2009

JOHNNY JONES
C/O TERRANCE MCNABB, ESQUIRE
101 CHURCH ST SUITE 400
NASHVILLE TN 37201

Location Of Property: 1212 SLATERS CREEK R GOODLETTSVILLE TN 37072-8912

Dear Mr Jones:

Please be advised that the Allstate Indemnity Company policy issued as policy number 955 208 539 is declared void as of February 10, 2007 because our investigation has revealed the following:

Misrepresentation/concealment of material facts stated in your application Your application stated that there was only one adult occupant in the home Our investigation revealed that you rented room(s) at all times Your application also stated that there were no dogs on premises

Our investigation revealed there were two vicious dogs in your possession at the time of application. Allstate notified you that certain repairs were required prior to acceptance of this risk. Our investigation revealed that these repairs were not completed as you previously indicated Had this information been revealed, a policy would not have been written or issued

Our claim investigation also revealed that you operated a commercial business at the risk that is in violation of underwriting practices.

Policy Number: 955 208 539

This means that you are without insurance protection, and the Allstate Indemnity Company will not be liable for any claims or damages under this voided policy

Refund check, if any, will be sent to you under separate cover

Sincerely,

Allstate Indemnity Company

Voidltr1 'mm

cc: TINA R MOWATT BC C9A Southern
615-822-2215

cc: LARRY PARCHMAN
145 BREEDER RD
PORTLAND TN 37148-4702

cc JOHNNY JONES
1212 SLATERS CREEK R
GOODLETTSVILLE TN 37072-8912



EXHIBIT "D"

Allstate. You're in good hands.

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook, IL

Application No. 000078703636504

Applicant Name: JOHNNY JONES
Address : 1212 SLATERS CREEK R
City : GOODLETTSVILLE St.: TN Zip Code: 37072
Home Phone No.: 615-851-7231 County: SUMNER

LOCATION OF PROPERTY : SAME

POLICY DISTRIBUTION/BILLING
Policy sent to: INSURED

MORTGAGEE/THIRD PARTY INFORMATION

Loss Payable Clause
Name : LARRY PARCHMAN
Address: 145 BREEDER RD Directory Code:
City : PORTLAND St : TN Zip Code: 37148

ADDITIONAL INSURED INFORMATION : NONE

ADULT OCCUPANTS

| OCC. NO. | OCCUPANT NAME | SOCIAL SEC NO. | RELATION TO INS. | BIRTH DATE | SEX | MARITAL STATUS | OCCUPATION |
|---|---|---|---|---|---|---|---|
| 1 | JOHNNY JONES | XXX-XX-0097 | SA | 12/18/1957 | M | SI | SE COMMERCIAL WALL |

CHILDREN IN HOUSEHOLD : NONE
Total number of residents in household including children: 1

HOUSEHOLD INFORMATION
Date applicant moved into present residence: 01/1995
Is the residence regularly unoccupied during the day or evening by all adult occupants in the household?: NO
Number of dogs on premises: NONE

POLICY TYPE - ACTUAL CASH VALUE (ACV) A deduction for depreciation may be applied to a covered loss

INDEPOR CT EXHIBIT 4 J.J.

PAGE 22/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR:h/[illegible] * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

Allstate.
You're in good hands.

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook, IL

Application No. 000078703836604

LOCATION OF PROPERTY

County: SUMNER Territorial Zone: 002
Primary Responding Fire Dept.: GOODLETTSVILLE
Is the property located within the city, T.S. or F.D.?: YES
Miles to Fire Department: 1 Feet to Fire Hydrant: 500
Subscription Fire Dept.: NO
ADJUSTED PER RULE 4C/5D: NO TOWN CLASS RATING: 0005
Is Manufactured Home Located in a Flood Plain or Zone?: NO
Is Manufactured Home Located Within 1000 Feet of a Tidal Water Area?: NO

COVERAGES

The premium stated below reflects the applicable loss deductibles listed under the section titled "Loss Deductibles Applied".

| SECTION I COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| Dwelling Protection | ACV | $0 |
| Other Structures Protection | $5798 | INCL |
| Personal Property Protection | $28989 | INCL |

SECTION I OPTIONAL/INCREASED COVERAGES SELECTED
NONE

| | | |
|---|---|---|
| Actual Cash Value (Dwelling, Other Structures & Personal Property Protection) | | INCL |

| SECTION II COVERAGES | | |
|---|---|---|
| Family Liability Protection - each occurrence | $100000 | INCL |
| Guest Medical Protection - each person | $1000 | INCL |

SECTION III OPTIONAL COVERAGES/INCREASED COVERAGES APPLIED
NONE

S.P.P. COVERAGES SELECTED
Please attach appraisals.

S.P.P. DEDUCTIBLE: [illegible handwriting]

LOSS DEDUCTIBLES APPLIED

The following loss deductibles apply as specified below

All Peril $1000

C62-2

07/18/2008 12:44 6158229419 PAYNE MCNATT PAGE 03/09

APR 30 2009 2:50PM NO 0040 P 22

PAGE 23/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR:HV[illegible]B/3 * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

Allstate.
You're in good hands.

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook IL

Application No 000078703635604

DISCOUNTS APPLIED
The following discounts have been applied to reduce your insurance premium.
Multiple Policy

VALUE OF PERSONAL PROPERTY - APPROXIMATE VALUE OF PERSONAL PROPERTY IN THE FOLLOWING CATEGORIES: (Note: The values listed are not an indication of amount of coverage. You must purchase increased protection for items in these categories over the dollar amounts specified in the policy in order to extend the Personal Property Protection Coverage. See the policy for the coverage limits on these items and see above under the section titled "Section III Optional Coverages/Increased Coverages Applied" for your specific increased limits.)

| | | |
|---|---|---|
| Jewelry: | Watches: | Furs: |
| Silverware: | Cameras: | Stereo: |

PREMIUM INFORMATION
Total Estimated Annual Policy Premium $624.23, [initials]
Amount Paid $52.69, [initials]

ESTIMATOR

Residential Component Technology(tm)

RCT Cost Date: 11/15/2006
Estimated Replacement Cost $57,977

Note: The "Estimated Replacement Cost" above provides an estimate of the replacement cost for a new manufactured home. This is not your policy limit. If you have selected the Actual Cash Value endorsement, depreciation will be a factor taken into consideration to develop your premium. In the event of a covered loss, there may be a deduction for depreciation applied to any payment we make.

Detached Structure Cost:
Zip Code: 37072
Style/Number of Stories: M-MH Multi-Wide 1 Story
Year Built: 1976
No. of Families: 1

Page 3 of More

G52-2

07/18/2008 12:44 6158225415 PAYNE MCWATT PAGE 04/05

APR 30 2009 2:50PM NO 0040 P 23

Allstate. You're in good hands.

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook, IL

Application No. 000078703836504

| | |
|---|---|
| Living Area Square Footage: | 1200 |
| Foundation: | 100 % Pier Foundation |
| Garages: | None |
| Kitchens: | 1 Kitchen - Basic |
| Bathrooms: | 1 Full Bath - Basic |
| Sheds: | None |
| Fireplaces: | None |
| Screened Porches: | None |
| Swimming Pool: | None |
| French Doors: | None |
| Hot Tub Attached: | None |
| Hot Tub Detached: | None |
| Jetted Tubs: | None |
| Redwood Deck: | None |
| Wood Deck: | 500 sq ft |
| Exterior Wall Type: | 100 % Metal Siding Horizontal |
| Roof Type: | 100 % Asphalt/Fiberglass Shingle |
| Flooring: | 75 % Wall to Wall Carpet (acrylic/nylon)<br>25 % Ceramic Tile |

Allstate. You're in good hands.

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook IL

Application No. 000078703835504

| | |
|---|---|
| Heat and Air Conditioning: | 100 % Central Air Conditioning - Avg Cost |
| Skirting: | 100 % Skirting, Horizontal Vinyl |
| Wall Coverings: | 100 % Seamed Drywall Finish |
| Ceilings & Partitions: | 100 % Ceiling Drywall |
| Exterior Features: | 1 Doors Patio<br>1 Steps, Back Door<br>1 Steps, Front Door |
| Interior Features: | None |

Residential Component Technology(tm) and RCT(tm)
are trademarks of Marshall & Swift / Boeckh.

MANUFACTURED HOME INFORMATION
Model Year: 1976 Manufacturer: Serial Number:
Length : 60 FEET Width: 20 FEET
Month/Year Purchased: 1 / 1995
Is Unit in a Park?: NO Land Owned/Rented by Applicant: OWNED
Is Unit on Concrete Pad? : NO Tie Downs: CHASSIS
Is Unit Fully Skirted? : YES
Is Unit a Travel Trailer? : NO Who Lives in Manufactured Home?: OWNER
Number of Families : 1 Unit Residence: PRIMARY
Is Unit used Exclusively for Residential Purposes?: YES

Insured: JOHNNY JONES Pol. No.: 955208539 02/10
Home: ( 615 ) 851 - 7231 *MANUFACTURED HOME ITEM INFO*

Model Year : 1976
Limited Vacancy: NO
Earthquake Zone:
Multiwide :
Spaces in Park : 0000
Orig Owner Disc: NO

Manufacturer: KENT
Class : 2041210
Rate Class : OWNER OCCUPIED
Length : 60
Age Group :

Serial No: KT7048
Tie Down : YES
Width : 20
Times Renewed : 1

updated from inspection [initials]

Location of Property:

Forms:
LOSS PAYABLE CLAUSE



ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

... Office
...thbrook, IL

Application No. 000078703835604

PROTECTIVE DEVICES INSTALLED
Smoke Detector (each floor)
Fire Extinguisher

Deadbolt Locks (all exterior doors)

Applicant's Initials [signature]

Is the Manufactured Home remodeled, improved or renovated?: NO
Does the insured have an alternate or supplemental heating source excluding fireplaces?: NO
Does unit have a fireplace?: NO
Is there only one central heating unit in the Manufactured Home?: YES
Is the Manufactured Home factory built?: YES
Is the Manufactured Home to be insured located on a farm?: NO
Is there any nonresidential property (rentals, churches, stores, gas stations, etc.) within 40 feet of the property to be insured?: NO
Is there any store, business or professional activity in the Manufactured Home?: NO
Any unattached building structures (including garage) on premises?: NO
Is the Manufactured Home vacant or unoccupied for more than 30 days?: NO
Is the Manufactured Home trailed more than 30 days per year?: NO

| YEAR LOSS HISTORY (including losses at present and prior residences) | | |
|---|---|---|
| DESCRIPTION | DATE | AMOUNT |

PRIOR PROPERTY INSURANCE
Company Name: FOREMOST
Policy No: 1538645387153L6

Expiration Date: 03/01/2007
Years Insured: 10

Does this applicant pertain to the same property location insured by the prior carrier?: YES
In the past 3 years have you been cancelled, declined or nonrenewed for coverage similar to the coverage applied for on this application?: NO

OTHER ALLSTATE POLICIES (CROSS SELL)
Policy No: 000078703617354 Eff. Date 02-09 Line 10 Relationship: NT

REMARKS : NONE

Page ... of More

Allstate.
You're in good hands.

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook, IL

Application No 0000787038365504

---

NOTICE: As part of Allstate s underwriting/qualification procedure and subject to applicable laws and regulations, we may obtain information regarding you and other individuals who may be covered by the insurance you are applying for, including: (i) driving record, based on state motor vehicle reports and loss information reports; (ii) your prior insurance record, if any, which will be obtained from your current or prior carrier(s); (iii) credit reports; and (iv) claim history, based on loss information reports.

---

Any insurance bound is limited to a period of 60 days from its effective date and expires on the last day of such limited period. The Company may sooner terminate such insurance by mailing to the applicant, at the address herein given, written notice of rejection of this application. Such termination shall be effective at the earlier of A) THE DATE AND TIME INDICATED ON THE TERMINATION NOTICE OR B) AS OF THE TIME APPLICANT SECURES OTHER INSURANCE COVERING LOSS TO THE PROPERTY. Upon such expiration or termination, any refund due may be tendered or paid by check of the Company or its Agent and if not then as soon as practicable thereafter

---

Any insurance bound hereunder shall otherwise be subject in all respects to the terms and conditions of the regular policy forms of the Company at present in use and to the statements in this application. Any insurance is bound only for such items, coverages, form of protection and limits of liability as are indicated on the face hereof, and only these additional forms of protection are bound for which a premium is indicated

---

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits

---

PAGE 28/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR:[illegible] * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

ALLSTATE INDEMNITY COMPANY
MANUFACTURED HOME POLICY
TENNESSEE

Home Office
Northbrook, IL

Application No 000078703635604

[illegible] PROVISION [illegible] In reliance on the statements in this application and [illegible] to the terms and conditions of the policy authorized for the Company's [illegible] to the applicant the Company named above binds the insurance applied [illegible]

Became effective [illegible] [illegible]
Transaction time date [illegible]

[illegible] best [illegible] knowledge the statements made by me on this application are [illegible] Company [illegible] reliance thereon, to issue the insurance [illegible] for [illegible] that the Company may recompute the premium shown if the statements made herein are not [illegible] true

[signature] Applicant's Signature — 2-9-2007 Date

[illegible] I have inspected the premises — I have not inspected the premises

Tina Mowatt
(Agent Name)

[signature] Agent's Signature — [illegible] Number — C9A Location Code

[signature] Producer's Signature

07/16/2008 12:44 6158229419 PAYNE MOWATT PAGE [illegible]

APR 30 2009 2:51PM NO 0040 P 28



PAGE 1/28 * RCVD AT 4/30/2009 2:55:35 PM [Central Daylight Time] * SVR:NY/0008/3 * DNIS:57669 * CSID: * DURATION (mm-ss):03-45

All

555 Marriott Dr, Suite 850
Nashville, TN 37214
800-829-0414 ext. 6528

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Amy Walker | Fax: | 866-485-1314 |
| From: | Amy Walker | Date: | April 30, 2009 |
| Re: | New suit | | |
| CC: | | Claim # | 0113979801 Jones |

Urgent   For Review   ☐ Please Comment   Please Reply   ☐ Please Recycle

Amy Walker
Allstate Insurance Co.
615-884-6528
Fax 866-485-1314
awaag@allstate.com

APR 30 2009 2:48PM    NO 0046    P 1

STATE OF TENNESSEE
**DEPARTMENT OF COMMERCE AND INSURANCE**
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131

April 23, 2009

Allstate Indemnity Company
800 S. Gay Street, Ste 2021 % C T Corp.
Knoxville TN 37929-9710
NAIC # 19240

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7008 1830 0000 6982 7465
Cashier # 2669

Re. Johnny Jones V Allstate Indemnity Company

Docket # 83CCI-2009-CV-391

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Breach Of Contract Complaint was served on me on April 21, 2009 by Johnny Jones pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506 A copy of this document is being sent to the Circuit Court of Sumner County TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
Sumner County
P O Box 549
Gallatin Tn 37066

Service of Process 615 532 5260

APR 30 2009 2:48PM NO 0040 P 3

 **Service of Process Transmittal**
04/29/2009
CT Log Number 514790607

**TO:** Kim Turner
Allstate Insurance Company - Nashville MCO
555 Marriott Drive, Suite 850
Nashville, TN 37214

**RE:** **Process Served in Tennessee**

**FOR:** ALLSTATE INDEMNITY COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Johnny Jones, Pltf vs. Allstate Indemnity Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Return Form, Complaint, Exhibits |
| **COURT/AGENCY:** | Sumner County Circuit Court, TN<br>Case # 83CCI2009CV39 |
| **NATURE OF ACTION:** | Insurance Litigation - Breach of contract for denial of claim and void of policy |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/29/2009 postmarked on 04/27/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | Terrance E. McNabb<br>James R. Omer & Associates<br>101 Church Street<br>Suite 400<br>Nashville, TN 37201<br>615-255-5555 |
| **REMARKS:** | Process served/received by the Insurance Commissioner on 04/21/2009, and mailed to CT Corporation System on 04/29/2009. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 791993945039<br>Email Notification, Patti Gariti pgarq@allstate.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>800 S. Gay Street<br>Suite 0221<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 865-342-3522 |

Page 1 of 1 / EF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

RECEIVED
APR 3 0 2009