UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| Johnny Jones | ) | |
| | ) | Case No.: 3:09cv457 |
| v. | ) | Judge Nixon |
| | ) | |
| Allstate Indemnity Company | ) | |
| | ) | |

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 30, 2011.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk